NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MITCHELL J. FRANCIS,
*Appellant*

---

2016-2695

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/111,698.

---

## JUDGMENT

---

HOWARD NEAL FLAXMAN, Welsh Flaxman & Gitler LLC, Alexandria, VA, argued for appellant.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MAI-TRANG DUC DANG, BENJAMIN T. HICKMAN, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|   August 15, 2017   | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |